UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************
Joan Bennett, Administratrix　　*
of the Estate of Walter Bennett,　*
　　　　Plaintiff　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*　　Civil Action No. 04CV10011PBS
　　　　　　　　　　　　　　　　　*
United States of America, and　　*
H. Paul Rico,　　　　　　　　　　*
　　　　Defendants　　　　　　　*
*******************************

## PROOF OF SERVICE OF PROCESS ON DEFENDANT UNITED STATES OF AMERICA PURSUANT TO FED. R. CIV. P. 4(i)

　　　Plaintiff, Joan Bennett, Administratrix hereby files proof of service pursuant to Fed. R. Civ. P. 4(i) on the Defendant, United States of America, by submitting the following Return Receipts, copies of which are attached hereto and made a part hereof as Exhibit "A".

　　　a)　Michael J. Sullivan, Esq.
　　　　　Office of the U.S. Attorney
　　　　　1 Courthouse Way, Suite 900
　　　　　Boston, MA  02210
　　　　　Article No: 7000 2870 0000 6684 9647

　　　b)　Frank Davis
　　　　　Federal Bureau of Investigation
　　　　　1 Center Plaza, Suite 600
　　　　　Boston, MA  02108
　　　　　Article No: 7000 2870 0000 6684 9623

c) Attorney General John D. Ashcroft
U.S. Department of Justice
Room B 103
950 Pennsylvania Ave. NW
Washington, DC 20530
Article No: 7000 2870 0000 6684 9630

        Respectfully submitted,
        Joan Bennett, Administratrix
        Plaintiff,
        By her attorneys,

        */s/ Paul J. Gannon*
        Paul J. Gannon, Esq.
        BBO# : 548865
        Francis J. Hurley, Esq.
        BBO# : 553199
        Gannon & Hurley, P.C.
        P.O. Box E46
        470 West Broadway
        South Boston, MA 02127
Date: 2/20/04        (617) 269-1993