AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Joan Bennett, Administratrix

V.

United States of America, et al

SCANNED

DATE: 2/25/04

BY: AC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 c 10011 PBS**

TO: (Name and address of Defendant)

United States of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul J. Gannon, Esq.
Francis J. Hurley, Esq.
Gannon & Hurley, P.C.
470 West Broadway
PO Box E46
South Boston, MA 02127

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

1-6-04