SCANNED
DATE: 3-30-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN BENNETT, Administratrix of the Estate of Walter Bennett,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | Civil Action No. 04-CV-10011-RCL |

**UNITED STATES' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the United States moves to dismiss this action against the United States for lack of subject matter jurisdiction. The grounds for this motion are set forth in the accompanying memorandum of points and authorities, which is filed herewith. Exhibits referred to in the memorandum are attached to this motion. A proposed order is also included.

//

//

//

//

//

//

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D. Mass. 7.1(d), the United States requests oral argument in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

_____
ALLEN L. LANSTRA
STACEY BOSSHARDT
Trial Attorneys, Torts Branch
Civil Division, U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4272; (202) 616-5200 (FAX)
Allen.Lanstra@usdoj.gov

Attorneys for the United States

Dated: March 29, 2004

The United States certifies that on March 29, 2004, pursuant to LR, D. Mass. 7.1(A)(2), it conferred with counsel of record for Plaintiff, as to the filing of this motion. Plaintiff opposes the motion.

_____
Allen L. Lanstra