UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOAN BENNETT, Administratrix of )
the Estate of Walter Bennett, )
)
Plaintiff, )
)
v. )
) Civil Action No. 04-CV-10011-RCL
UNITED STATES OF AMERICA, *et al.* )
)
Defendants. )
)

## UNITED STATES' MOTION FOR LEAVE TO FILE BRIEF IN REPLY TO PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), the United States hereby moves for leave to file its Reply Brief to Plaintiff's Opposition to the United States' Motion to Dismiss. On March 30, 2004, the United States filed its Motion to Dismiss. On April 12, 2004, Plaintiff filed her Opposition to the Motion to Dismiss, which was received by undersigned counsel on April 13, 2004. The Reply Brief responds to the issues raised in Plaintiff's Opposition and could assist the Court in resolving this motion.

//

//

//

//

The Reply Brief is attached to this motion. A proposed order is also attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

_____
ALLEN L. LANSTRA
STACEY BOSSHARDT
Trial Attorneys, Torts Branch
Civil Division, U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4272; (202) 616-5200 (FAX)
Allen.Lanstra@usdoj.gov

Attorneys for the United States

Dated: April 23, 2004

The United States certifies that on April 22, 2004, pursuant to LR, D. Mass. 7.1(A)(2), it conferred with counsel of record for Plaintiff, as to the filing of this motion. Plaintiff's counsel assented to the United States filing a reply brief.

_____
Allen L. Lanstra