KENNETH EUGENE BARRON
PRISON NUMBER 30255-037
F.M.C. DEVENS PRISON
P.O. BOX 879, AYER MA. 01432

PROSE PLAINTIFF

CIVIL ACTION

DOCKET
04-CV. 40023
RCL
(RCL)

FILED
CLERKS OFFICE
2004 JUN 30 A 11:1
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

=====================================================================

KENNE EUGENE BARRON
        PROSE PLAINTIFF
              VS.
UNITED STATES OF AMERICA
        DEFENDANT

MOTION BY THE PROSE PLAINTIFF FOR AN ENLARGEMENT OF TIME TO JULY 21,2004
ALLOWING THE PLAINTIFFS OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY=
JUDGMENT AND RESPONSE IN THE PLAINTIFFS PARTIAL MOTION FOR SUMMARY JUD=
GMENT.

                    RESPECTFULLY SUBMITTED,
                BY
                    KENNE EUGENE BARRON
                    PROSE PLAINTIFF

DATED

PROOF OF SERVICE
=================

KENNETH EUGENE BARRON PROSE PLAINTIFF DECLARES AND AFFIRMS UNDER
THE PENALTY OF PERJURY I MAILED THE ENCLOSED MOTION FOR AN ENLA=
RGEMENT OF TIME TO JULY 21,2004 IN THE TWO PENDING MOTION TO THE
DEFENDANTS COUNSEL SET FORTH BELOW BY F.M.C. DEVENS PRISON LEGAL
MAIL SYSTEM ON THE DATE SET FORTH BELOW.


                    :DEFENDANTS COUSEL
                     U.S.ATTORNEY
                     MICHAEL J. SULLIVAN
              A.U. SABINA Y WALCOTT TORRES
              ONE COURT HOUSE WAY SUITE 9700
              BOSTON MA. 02210


DATED
JUNE 23,2004                    BY  Kenneth Barron

                                KENNETH EUGENE BARRON
                                30255-037
                                F.M.C. DEVENS PRISON
                                P.O. BOX 879
                                AYER,MA. 01432


                        PROSE PLAINTIFF
                        ======================

RE: BARRON =V= UNITED STATE OF AMERICA
       DOCKED 04cv 40023 RCL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOAN BENNETT, Administratrix of<br>the Estate of Walter Bennett, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-10011-RCL |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

Because the United States' Motion to Dismiss (Docket No. 3) is pending before the Court, in accordance with Local Rule 83.5.2(c), leave of the Court is sought by Allen L. Lanstra to withdraw as counsel of record for Defendant United States of America in the above captioned action. A proposed order is attached. This motion is simultaneously filed with the notice of appearance of Keith Liddle as counsel of record for Defendant United States of America.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

ALLEN L. LANSTRA
Trial Attorney, Torts Branch

## CERTIFICATE OF SERVICE

I hereby certify that on June 29th, 2004, I caused to be served upon the following counsel

a true and accurate copy of the Notice of Counsel and Motion to Withdraw as Counsel for the

United States by U.S. mail to:

Paul G. Gannon, Esq.
Francis J. Hurley, Esq.
Gannon and Hurley, P.C.
P.O. Box E46
470 West Broadway
South Boston, MA  02127

Peter Parker, Esq.
One Commercial Wharf North
Second Floor
Boston, MA  02110

Keith H. Liddle