**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAN BENNETT, Administratix of the Estate of Walter Bennett, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 03 CV 10011 RCL |

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES**

PLEASE TAKE NOTICE of the appearance of Keith H. Liddle, the undersigned, as counsel of record for Defendant United States of America in the above captioned action. It is requested that service of all pleadings, documents, notice and other papers be effected as follows:

For regular mail:

KEITH H. LIDDLE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044

For overnight delivery:

KEITH H. LIDDLE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Avenue, NW
Room 8052N
Washington, DC 20004

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch


_____
KEITH H. LIDDLE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044
k.liddle@usdoj.gov
(202) 616-4296
(202) 616-5200 (Fax)

Attorneys for the United States

Dated: June 29, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29th, 2004, I caused to be served upon the following counsel a true and accurate copy of the Notice of Counsel and Motion to Withdraw as Counsel for the United States by U.S. mail to:

Paul G. Gannon, Esq.
Francis J. Hurley, Esq.
Gannon and Hurley, P.C.
P.O. Box E46
470 West Broadway
South Boston, MA 02127

Peter Parker, Esq.
One Commercial Wharf North
Second Floor
Boston, MA 02110

                                                Keith H. Liddle