## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN BENNETT, Administratrix of<br>    the Estate of Walter Bennett, | ) ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-CV-10011-RCL |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
|     Defendants. | ) ) | |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel for the United States, it is

hereby ORDERED that leave is granted for the withdrawal of Allen L. Lanstra as counsel of

record for Defendant United States of America.

SO ORDERED.

Judge Reginald C. Lindsay
United States District Judge