UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Joan Bennett, Administratrix of the Estate of Walter Bennett, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-10011-RCL |
| v. | ) ) | |
| United States of America, *et al.,* | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Trial Attorney Catherine J. Finnegan hereby enters her appearance on behalf of Defendant United States of America in the above-captioned case. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

CATHERINE J. FINNEGAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

For overnight delivery:

CATHERINE J. FINNEGAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8092N
Washington, DC 20004

ECF Filing:

Tess.Finnegan@usdoj.gov

//

//

//

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Assistant Director, Torts Branch

   /s/ Catherine Finnegan
CATHERINE J. FINNEGAN
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
(202) 616-4916
(202) 616-5200 (FAX)

Attorneys for Defendant United States of America

Dated: April 7, 2005

## CERTIFICATE OF SERVICE

I, Catherine J. Finnegan, hereby certify that on April 7, 2005, I served a true copy of the United States' Notice of Appearance electronically on counsel of record.

Paul J. Gannon
Francis J. Hurley
Gannon and Hurley, P.C.
P.O. Box E46
470 West Broadway
South Boston, MA 02127

fhurley@gannonhurley.com


          /s/ Catherine Finnegan
             Catherine J. Finnegan