UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOAN BENNETT**

V.                          **CIVIL ACTION NO. 04-10011-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

      In accordance with the Court's Order of March 31, 2006 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants dismissing this action.

March 31, 2006                                            /s/ Lisa M. Hourihan
                                                                            Deputy Clerk